

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2020

No. 04-20-00345-CV

**KB HOME LONE STAR INC.,**
Appellant

v.

Charles **GORDON** & Cynthia Gordon,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-21178
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellees' brief was due on September 8, 2020. *See* TEX. R. APP. P. 38.6(b). After the due date, Appellees filed an unopposed motion to extend the brief due date to September 18, 2020.

Appellees' motion is GRANTED. Appellees' brief is due on September 18, 2020.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2020.



MICHAEL A. CRUZ, Clerk of Court